The Village of Port Dickinson, Appellant, v. George A. Fish, Respondent.— Motion denied.